**No. 11-6576. Ronaldo Ligons, Petitioner v. John King, Warden.**

565 U.S. 1175, 132 S. Ct. 1140, 181 L. Ed. 2d 1013, 2012 U.S. LEXIS 655.

January 17, 2012. Motion for leave to file a petition for rehearing denied.

Former decision, 565 U.S. 992, 132 S. Ct. 534, 181 L. Ed. 2d 374, 2011 U.S. LEXIS 7704.